

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2018

No. 04-17-00356-CR

**EX PARTE JUAN ENRIQUEZ**,

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 3862-G
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:     Karen Angelini, Justice
            Rebeca C. Martinez, Justice
            Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court